Al Shafee v. Gonzales et al

Doc. 4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HAMODI AL SHAFEE,

          Plaintiff,

  v.

ALBERTO GONZALES, et al.,

          Defendants.

CASE NO. C06-1701JLR

ORDER TO SHOW CAUSE

The court has reviewed the complaint in this action. The court orders Defendants to show cause within 30 days why the court should not grant Plaintiff's application for naturalization by the authority of the Immigration and Nationality Act, which confers jurisdiction to this court to compel agency action on a naturalization application or make a ruling on the merits "[i]f there is a failure to make a determination . . . before the end of the 120-day period after the date on which the examination is conducted . . . ." 8 U.S.C. § 1447(b). Defendants shall respond to this order with a written pleading that states: (1) all reasons that Plaintiff's naturalization application has not been approved; (2) all reasons that the court should not approve the application immediately; and, if appropriate (3) a proposed plan for promptly deciding Plaintiff's naturalization application.

SHOW CAUSE ORDER – 1

Dockets.Justia.com

1   Dated this 11th day of December, 2006.

					_____
					JAMES L. ROBART
					United States District Judge

26  SHOW CAUSE ORDER – 2